### STATE of Missouri, Respondent,

v.

### Milton SMITH, Appellant.

### No. 73851.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 1999.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

Milton Smith appeals the judgment entered upon his conviction by a jury of robbery in the second degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no prece-

dential value. We affirm the judgment pursuant to Rule 30.25(b).